**United States District Court**
For the Northern District of California

1

2                                            *E-FILED:  July 16, 2012*

3

4

5

6

7                                    NOT FOR CITATION

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11   AURORA PROPERTIES, LLC,                    No. C12-03594 HRL

12            Plaintiff,                        **ORDER THAT CASE BE REASSIGNED
        v.                                      TO A DISTRICT JUDGE**
13
     MARCELLA ANDRADE and DOES 1-5,             **REPORT AND RECOMMENDATION RE
14   inclusive,                                 REMAND TO STATE COURT**

15            Defendants.
                                          /
16

17          Defendant Marcella Andrade removed this unlawful detainer action from the Santa

18   Clara County Superior Court.  For the reasons stated below, the undersigned recommends that

19   this matter be remanded.

20          Removal to federal court is proper where the federal court would have original subject

21   matter jurisdiction over the complaint.  28 U.S.C. § 1441.  The removal statutes are strictly

22   construed against removal and place the burden on the defendant to demonstrate that removal

23   was proper.  Moore-Thomas v. Alaska Airlines, Inc., 553 F.3d 1241, 1244 (9th Cir. 2009)

24   (citing Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992)).  Additionally, the court has a

25   continuing duty to determine whether it has subject matter jurisdiction.  FED. R. CIV. P. 12(h).

26   A case must be remanded to the state court if it appears at any time before final judgment that

27   the court lacks subject matter jurisdiction.  28 U.S.C. § 1447(c).

28          Andrade fails to show that removal is proper based on any federal law.  Federal courts

United States District Court

For the Northern District of California

1    have original jurisdiction over civil actions "arising under the Constitution, laws, or treaties of

2    the United States." 28 U.S.C. § 1331. A claim "arises under" federal law if, based on the

3    "well-pleaded complaint rule," the plaintiff alleges a federal claim for relief. <u>Vaden v.</u>

4    <u>Discovery Bank</u>, 129 S. Ct. 1262, 1272 (2009). Defenses and counterclaims asserting a federal

5    question do not satisfy this requirement. <u>Id.</u> Andrade contends that plaintiff violated federal

6    law by serving a defective notice to quit. Plaintiff's complaint, however, presents claims arising

7    only under state law. It does not allege any federal claims whatsoever. Allegations in a

8    removal notice or in a response to the complaint cannot provide this court with federal question

9    jurisdiction.

10       Andrade does not assert diversity jurisdiction under 28 U.S.C. § 1332, and there does

11    not appear to be any basis for it in any event. The complaint indicates that the amount

12    demanded does not exceed $10,000. Moreover, as a California defendant, Andrade cannot

13    remove an action on the basis of diversity. 28 U.S.C. § 1441(b)(2) (an action may not be

14    removed "if any of the parties in interest properly joined and served as defendants is a citizen of

15    the State in which such action is brought."); <u>see also</u> <u>Spencer v. U.S. Dist. Ct.</u>, 393 F.3d 867,

16    870 (9th Cir. 2004) ("It is thus clear that the presence of a local defendant at the time removal is

17    sought bars removal.").

18       Because the parties have yet to consent to the undersigned's jurisdiction, this court

19    ORDERS the Clerk of the Court to reassign this case to a District Judge. The undersigned

20    further RECOMMENDS that the newly assigned judge remand the case to the Santa Clara

21    County Superior Court. Any party may serve and file objections to this Report and

22    Recommendation within fourteen days after being served. FED. R. CIV. P. 72.

23       SO ORDERED.

24    Dated: July 16, 2012

25

26                         HOWARD R. LLOYD
                          UNITED STATES MAGISTRATE JUDGE

27

28

2

1   5:12-cv-03594-HRL Notice has been electronically mailed to:

2   Daniel Thomas Paris      parislaw1@msn.com

3

4   5:12-cv-03594-HRL Notice sent by U.S. Mail to:

5   Marcella Andrade
    2498 Amaryl Drive
6   San Jose, CA 95132

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California